Arthur L. Barnes SBN: 96886
Attorney at Law
243-A N. Maple
Manteca, CA 95336
Ph: (209) 825-8157
Attorney for Debtors
Samuel and Irma Bonilla

FILED
AUG 3 1 2009
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: ) Case No.: 09-30473-A-13
)
SAMUEL and IRMA BONILLA ) D.C. No. ALB-2
)
) CHAPTER 13 PROCEEDING
)
) ORDER DISMISSING
) CHAPTER 13 CASE
)
)
Debtor. )
)

**ORDER GRANTING DEBTORS' REQUEST TO DISMISS THEIR CHAPTER 13 CASE**

The Debtors' request to dismiss their chapter 13 bankruptcy case having been presented to this court, and the Court finds no cause existing why such a dismissal shall not be granted, the Court **HEREBY GRANTS** the Debtors' Request to Dismiss their chapter 13 bankruptcy case.

**IT IS SO ORDERED**

DATED: 28 Aug. 2009

by,

_____
of the Bankruptcy Court