FILED
September 10, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D58

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Samuel Bonilla and Irma Flores Bonilla | **Case No :** | 09-30473 - A - 13 G |
| | | **Date :** | 9/8/09 |
| | | **Time :** | 09:30 |
| **Matter :** | [42] – Motion/Application to Dismiss Case for Unreasonable Delay That is Prejudicial to Creditors [RDG-2] Filed by Trustee Russell D. Greer (wlos) [42] – Motion/Application to Dismiss Case for Failure to Make Plan Payments [RDG-2] Filed by Trustee Russell D. Greer (wlos) [42] – Motion/Application to Dismiss Case/Proceeding [RDG-2] Filed by Trustee Russell D. Greer (wlos) | | |
| **Judge :** | Michael S. McManus | | |
| **Courtroom Deputy :** | Janet Larson | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | A | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

CIVIL MINUTE ORDER

The motion is ORDERED DISMISSED as moot.

Dated: September 10, 2009

By the Court

_____
Michael S. McManus
United States Bankruptcy Judge